Submitted April 4, reversed May 28, 2008

In the Matter of W. D.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

W. D.,
*Appellant.*

Multnomah County Circuit Court
070463293; A135501

185 P3d 555

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and M. Ann Boss, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the evidence is insufficient to support the trial court's finding that, because of a mental disorder, appellant is a danger to others. ORS 426.005(1)(d)(A). The state concedes that the evidence is legally insufficient. On *de novo* review, we agree that the evidence is insufficient to support involuntary commitment.

Reversed.